**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re | ) | Conversion to Chapter 7 |
| | ) | |
| **DARLENE BUTLER,** | ) | 13 B 10418 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |

**SCHEDULE OF POSTPETITION DEBT ON
CONVERSION TO CHAPTER 7, RULE 1019(5)**

Now comes the Debtor, DARLENE BUTLER, by her attorney, THOMAS W. DREXLER, pursuant to Federal Rule of Bankruptcy Procedure 1019(5), and states as follows:

1. This case was filed as a Chapter 13 by the Debtor on March 15, 2013.

2. This case was converted to Chapter 7 on July 9, 2014.

3. During the pendency of the Chapter 13 herein Debtor incurred debt with the following creditors:

| Creditor | Debt | Amount |
|---|---|---|
| City of Chicago Water<br>c/o Department of Finance<br>P.O. Box 6330<br>Chicago, IL 606800-6330 | Water Charges | $600.00 |
| People's Gas<br>130 E. Randolph<br>Chicago, IL 60601 | Gas Service | $800.00 |

          /s/    Thomas W. Drexler
               Attorney for Debtor

**THOMAS W. DREXLER**
Attorney for Debtor
221 N. LaSalle Street
Suite 1600
Chicago, IL 60601
(312) 726-7335